IN THE DISTRICT COURT IN AND FOR CREEK COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| JANICE BUSH, an individual, and as Special Administrator for the estate of, RONALD GARLAND )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>CREEK COUNTY COMMISSIONERS, )<br>ex. rel. Creek County Jail, )<br>SHERRIFF BRET BOWLING, in his individual )<br>And official capacity, )<br>DUSTIN THOMAS, in his individual and )<br>official capacity, )<br>ROGER AUMAN, in his individual and )<br>Capacity, )<br>SHAUN CHARKOWSKI, in his individual and )<br>official capacity, )<br>PATRICK BRADSHAW, in his individual )<br>and official capacity, )<br>)<br>Defendants. ) | CJ  2018-  169<br>Case No.:<br><br>Judge: LAWRENCE PARISH<br><br>ATTORNEY LIEN CLAIMED<br><br>FILED IN DISTRICT COURT<br>CREEK COUNTY SAPULPA OK<br><br>JUN 0 8 2018<br>TIME 11:34<br>Amanda VanOrsdol, COURT CLERK |

## PETITION

COMES NOW the Plaintiff, Janice Bush, individually and as Special Administrator for the Estate of Ronald Garland, by and through her attorneys of record, Allen & Garrett, Attorney's, and for her cause of action against the above named Defendants, hereby alleges and states as follows:

## JURISDICTION AND VENUE

1. Janie Bush, is the Special Administrator for the Estate of Ronald garland, as set forth in Pawnee District Court, Case No. PB-2017-0023 (See Exhibit "1" attached hereto).

2. That at all times hereinafter mentioned, Plaintiff was a resident of Pawnee County, State of Oklahoma.

EXHIBIT 2

3. The Defendant Creek County Commissioners is a state agency within the meaning of 12 O.S. § 152 for the State of Oklahoma;

4. That upon knowledge and belief of the Plaintiff, the Defendant, Creek County Commissioners, controls, maintains, governs, and provides final policy making authority for Creek County Jail;

5. The Defendant Sheriff Bret Bowling is a state agency within the meaning of 12 O.S. § 152 of the State of Oklahoma;

6. That upon knowledge and belief of the Plaintiff, the Defendant, Sheriff Bret Bowling, hires, trains, supervises, and control practices of the Creek County Jail.

7. That upon knowledge and belief of the Plaintiff, the Defendant, Sheriff Bret Bowling,

8. The Defendant Dustin Thomas at all times relevant to this litigation as employed by the Creek County and working under the supervision of Defendant Sherriff Bret Bowling;

9. At all time relevant to this litigation, Dustin Thomas acted in, by cirtue of and/or under color of law;

10. The Defendant Roger Auman at all times relevant to this litigation as employed by the Creek County and working under the supervision of Defendant Sherriff Bret Bowling;

11. At all time relevant to this litigation, Roger Auman acted in, by virtue of and/or under color of law;

12. The Defendant Shawn Charkowski at all times relevant to this litigation as employed by the Creek County and working under the supervision of Defendant Sherriff Bret Bowling;

13. At all time relevant to this litigation, Shawn Charkowski acted in, by virtue of and/or under color of law;

14. The Defendant Patrick Bradshaw at all times relevant to this litigation as employed by the Creek County and working under the supervision of Defendant Sherriff Bret Bowling;

15. At all time relevant to this litigation, Patrick Bradshaw acted in, by virtue of and/or under color of law;

16. That Plaintiff sent her Governmental Tort Claim Notice on January 25, 2018. That it was constructively denied on April 25, 2018. (See Plaintiff's Notice attached hereto as Exhibit "2").

## FACTS RELEVANT TO CLAIMS AND CAUSES OF ACTION

17. Ronald Garland was arrested by Mannford Police Department for a DUI on or about June 09, 2017. Shortly thereafter, Ronald Garland was brought to the Creek County Jail.

18. Prior to being bought to Creek County Jail, the Mannford Police Chief had noted and knew that Ronald Garland was non-combative and there were no issues in his arrest.

19. At some-time during his stay at Creek County Jail, officers: Dustin Thomas, Roger Auman, Shawn Charkowski., and Patrick Bradshaw; used excessive force against Ronald Garland resulting in multiple abrasions, fractures, and contusions.

20. After experiencing necessary medical need the Defendants delayed and refused him care.

21. That the proximate cause of the injuries were caused by the Defendants and known practices and policies.

22. That there is a common practice of Creek County Jail, its employees and supervisors; to use excessive force and to not provide medical care promptly.

23. As a result of the actions of Defendants, Ronald Garland was unresponsive once finally brought ot the hospital.

24. Ronald Garland was taken of life support days later due to his condition and died on June 18, 2017.

25. That the Defendants are liable for their actions under the Oklahoma Governmental Trot Claims Act.

26. That the Defendants are liable under Oklahoma common law, including but not limited to claims under *Bosh*.

**WHEREFORE,** premises considered, the Plaintiff prays that this Court award her the maximum damages allowable under the Oklahoma Governmental Tort Claims Act against the Defendants, and any such further relief that this Court deems just and equitable.

Respectfully submitted this 8th day of June, 2018.

Respectfully Submitted,

*/s/ [signature]*

Caroline Marie Shaffer, OBA No. 33049
D. Mitchell Garrett, Jr. OBA No. 20704
Anthony L. Allen, OBA No. 19738
ALLEN & GARRETT, ATTORNEYS
427 S. Boston Ave., Suite 320
Tulsa, Oklahoma 74103
Phone: 844.255.0000
Fax: 888-397-3643
*Attorneys for Plaintiff*

Case 4:19-cv-00098-JFH-CDL   Document 2-2 Filed in USDC ND/OK on 02/22/19   Page 5 of 19

**IN THE PROBATE COURT OF PAWNEE COUNTY**
**STATE OF OKLAHOMA**

FILED
In the District Court
PAWNEE COUNTY, OKLAHOMA
AUG 0 9 2017
JANET DALLAS, Court Clerk
BY_____ DEPUTY

| | |
|---|---|
| In Re the Estate of: | ) |
| | ) |
| **RONALD GARLAND,** | ) |
| | ) Case Number PB-2017-23 |
| Deceased, | ) |
| | ) |
| | ) |
| | ) |

## ORDER APPOINTING SPECIAL ADMINISTRATOR

COME NOW, upon the Petition for Appointment of Special Administrator for the Estate of Ronald Garland, deceased, of Janice Bush, IT IS SO ORDERED by this Court that:

1. Janice Bush, as mother of the Deceased, Ronald Garland, is appointed Special -Administrator of the Estate of Ronald Garland, Deceased, of Pawnee County, State of Oklahoma.

2. Any and all prior Letters of Administration for the Estate of Ronald Garland are hereby revoked.

3. As Special Administrator Janice Bush, shall have the powers and duties set forth in Okla. Stat. tit. 58 Sec. 215, including the ability to commence, maintain, and defend all suits and the legal proceedings necessary to carry out these duties.

4. Letters of Special Administration shall be issued to **Janice Bush** for the purposes of this action.

Associate District Judge
Patrick Pickerill

CERTIFICATE

State of Oklahoma } SS.
County of Pawnee }

I, Janet Dallas, Court Clerk, in and for Pawnee County, Oklahoma, do hereby certify that the above and foregoing is a true and correct copy of the original above and foregoing instrument now on file and of record in my office at Pawnee, Oklahoma, in testimony whereof I have hereunto set my hand and affixed my official seal this _____ day of ___August___ 20_17_.

JANET DALLAS, Court Clerk
By_____ Deputy

_____
JUDGE OF THE DISTRICT COURT



Submitted by:
**APPROVED AS TO FORM:**

/s/ Caroline Shaffer

Caroline Marie Shaffer, OBA No. 33049
D. Mitchell Garrett, Jr., OBA No. 20704
427 S. Boston Ave., Suite 320
Tulsa, OK 74103
Telephone – (918) 895-7216
Facsimile – (918) 895-7217
ATTORNEYS FOR THE PETITIONER



**ALLEN & GARRETT**
ALLEN, GARRETT, PECKIO, MASTERS

January 25, 2018

**VIA CERTIFIED MAIL: 7016 0910 0000 2449 0205**
Creek County Clerk
317 E. Lee Ave, Suite 100
Sapulpa, Oklahoma 74066

**VIA CERTIFIED MAIL: 7016 0910 0000 2449 0212**
Creek County Commissioners
317 E. Lee Ave, Suite 103
Sapulpa, Oklahoma 74066

## NOTICE OF TORT CLAIM AGAINST CREEK COUNTY
(51 O.S. § 151 et seq.)

**CLAIMANT:** Ms. Janice Bush, individually and as Special Administrator for Ronald Garland.
c/o ALLEN, GARRETT, PECKIO & MASTERS, PLLC
427 S. Boston Ave., Suite 320
Tulsa, Oklahoma 74103

**NATURE OF CLAIM:** Abuse of Power; Negligence

**DATE OF INCIDENT:** On or about, June 10, 2017

**CLAIMANT INFORMATION:** 57026 S. 36600 Road
Tarleton, OK 74081
(918) 757-2428

**CIRCUMSTANCES:**

On or about June 10, 2017, an inmate, Ronald Garland, at the Creek County jail had become unresponsive while retained in a chair. Prior to Mr. Garland being transported to the Creek County jail, he was arrested on June 09, 2017 by the Mannford Police Department. The Manford Police Department did not find him combative, nor have any issues with Mr. Garland.

www.allengarrett.com

106 S. Okmulgee Ave.
Okmulgee, OK 74447

O: 844.255.0000
F: 888.397.3643

427 S. Boston, Ste. 320
Tulsa, OK 74103

January 24, 2018

Upon evidence received from the Medical Examiner's Office, Mr. Garland had a "sudden cardiac death in the setting of physical exertion/restraint." There was also evidence of recent injury with fracture ribs, multiple confusions all over his body. It was clear that prior to Mr. Garland being restrained and dying that excessive force had been asserted upon him. *See* the Medical Examiner's Report attached.

**LIABILITY**: Due to the excessive force, negligence, and reckless disregard of the Creek County Jail, it's employees, policy makers, and supervisors; Ronald Garland suffered emotional and physical distress. That Janice Bush, suffered and continues to suffer emotional distress and loss of losing her son.

**DAMAGES**: As compensation to Ms. Janice Bush, individually and as special administrator for Ronald Garland's Estate, we hereby demand compensation in the sum of one-million dollars or the maximum damages allowable under the Oklahoma Governmental Tort Claims Act and in violation of 42 U.S.C. §1983, for abuse of power, reckless disregard for health and safety, and the well-being of Ronald Garland

**AGENTS FOR CLAIMANTS**: Attorneys Caroline Shaffer and D. Mitchell Garrett, Jr. of ALLEN & GARRETT, ATTORNEYS make these claims as attorneys-in-act for Ms. Janice Bush.

We look forward to your timely response.

Sincerely,

Caroline Marie Shaffer, OBA No. 33049
ALLEN & GARRETT, ATTORNEYS

CMS/bw
Enclosures

2 | Page

**BOARD OF MEDICOLEGAL INVESTIGATIONS**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**

Central Office
901 N. Stonewall
Oklahoma City, OK 73117
(405) 239-7141 Phone - (405) 239-2430 Fax

Eastern Division
1115 West 17th Street
Tulsa, Oklahoma 74107
(918) 295-3400 Phone - (918) 585-1549 Fax

**OFFICE USE ONLY**
Re _____ Co _____

I hereby certify that this is a true and correct copy of the original document. Valid only when copy bears imprint of the office seal.

By _____
Date _____

## REPORT OF INVESTIGATION BY MEDICAL EXAMINER

| DECEDENT First-Middle-Last Names | Age | Birth Date | Race | Sex |
|---|---|---|---|---|
| RONALD WAYNE GARLAND | 56 | 2/25/1961 | WHITE | M |

HOME ADDRESS - No. - Street, City, State
301 EAST LEE AVE, SAPULPA, OK

| | | | | DATE | TIME |
|---|---|---|---|---|---|
| EXAMINER NOTIFIED BY - NAME - TITLE (AGENCY, INSTITUTION, OR ADDRESS) ST JOHN MEDICAL CENTER, JAMIE WARCKEN | | | | 6/19/2017 | 23:37 |
| INJURED OR BECAME ILL AT (ADDRESS) 9175 RIDGEVIEW ST | CITY SAPULPA | COUNTY CREEK | TYPE OF PREMISES RESIDENCE | 6/10/2017 | 21:51 |
| LOCATION OF DEATH ST JOHN MEDICAL CENTER | CITY TULSA | COUNTY TULSA | TYPE OF PREMISES HOSPITAL | 6/18/2017 | 23:10 |
| BODY VIEWED BY MEDICAL EXAMINER 1115 WEST 17TH STREET | CITY TULSA | COUNTY TULSA | TYPE OF PREMISES AUTOPSY SUITE | 6/20/2017 | 9:45 |

IF MOTOR VEHICLE ACCIDENT: ☐ DRIVER ☐ PASSENGER ☐ PEDESTRIAN
TYPE OF VEHICLE: ☐ AUTOMOBILE ☐ LIGHT TRUCK ☐ HEAVY TRUCK ☐ BICYCLE ☐ MOTORCYCLE ☐ OTHER: _____

**DESCRIPTION OF BODY**

| RIGOR | LIVOR | EXTERNAL OBSERVATION | | NOSE | MOUTH | EARS |
|---|---|---|---|---|---|---|
| Jaw ☐ Complete ☐ | Color PURPLE | Beard GRAY | Hair GRAY | BLOOD ☐ | ☐ | ☐ |
| Neck ☐ Absent ☐ | Lateral ☐ | Eyes: Color BROWN | Mustache GRAY | OTHER ☐ | ☐ | ☐ |
| Arms ☐ Passing ☑ | Posterior ☑ | Opacities _____ | | | | |
| Legs ☐ Passed ☐ | Anterior ☐ | Pupils: R 0.4 CM  L 0.4 CM | | | | |
| Decomposed ☐ | Regional _____ | Body Length 71 IN  Body Weight 176 LBS | | | | |

EXTERNAL PHYSICAL EXAMINATION

Significant observations and injury documentations - (Please use space below)
*** SEE AUTOPSY PROTOCOL ***

*Probable Cause of Death:*
Sudden cardiac death in the setting of physical exertion/restraint

**Manner of Death:**
Natural ☐  Accident ☐
Suicide ☐  Homicide ☐
Unknown ☑  Pending ☐

**Case disposition:**
Autopsy  YES
Authorized by  DAVID ARBOE II M.D.
Pathologist  DAVID ARBOE II M.D.
Not a medical examiner case ☐

*Other significant conditions contributing to death (but not resulting in the underlying cause given)*
Atherosclerotic Cardiovascular Disease, Cardiomegaly, Recent Methamphetamine Use

**MEDICAL EXAMINER:**
Name, Address and Telephone No.

DAVID ARBOE II M.D.
1115 W. 17th STREET
TULSA, OK 74107

I hereby state that, after receiving notice of the death described herein, I conducted an investigation as to the cause and manner of death, as required by law, and that the facts contained herein regarding such death are true and correct to the best of my knowledge.

Signature of Medical Examiner

Computer generated report

6/20/2017  Date Generated
DAVID ARBOE II M.D.
9/19/2017  Date Case Finalize
1703182

CME-1 (REV 7-98)

000138



Board of Medicolegal Investigations
**Office of the Chief Medical Examiner**
1115 West 17th
Tulsa, Oklahoma 74107
(918) 295-3400 Voice
(918) 585-1549 Fax

| CERTIFICATION |
|---|
| I hereby certify that this document is a true and correct copy of the original document. Valid only when copy bears imprint of the office seal. |
| By_____ |
| Date_____ |

# REPORT OF AUTOPSY

| Decedent | Age | Birth Date | Race | Sex | Case No |
|---|---|---|---|---|---|
| RONALD WAYNE GARLAND | 56 | 2/25/1961 | WH | M | 1703182 |

| ID by | Authority for Autopsy |
|---|---|
| VISUAL RECOGNITION | DAVID ARBOE, II, MD |

**Present at Autopsy**
JUSTICE PAYNE, SARAH CAMPBELL, DAVID ARBOE, II, MD

## PATHOLOGIC DIAGNOSES

I. SUDDEN CARDIAC DEATH IN THE SETTING OF PHYSICAL EXERTION/RESTRAINT

II. ATHEROSCLEROTIC CARDIOVASCULAR DISEASE
   A. Severe atherosclerosis of the diagonal branch of the left anterior descending coronary artery with 90% occlusion
   B. Moderate atherosclerosis of the left anterior descending coronary artery with 60% occlusion
   C. Moderate atherosclerosis of the right coronary artery with 40% occlusion
   D. Severe atherosclerosis of the aorta

III. CARDIOMEGALY, 610 grams
   A. Dilated chambers of the heart

IV. STATUS-POST RESUSCITATION AND EXTENDED HOSPITALIZATION
   A. Bilateral organizing pneumonia
   B. Anoxic brain injury
      1. Edema of the brain
   C. Acute kidney injury
   D. Shock liver
      1. Centrilobular necrosis of the liver

V. TOXICOLOGY AT ARREST IS SIGNIFICANT FOR
   A. Methamphetamine: 0.47 mcg/mL in the blood
      1. Amphetamine (Methamphetamine metabolite): present in the blood

000139

CASE NO. 1703182                                                                                PAGE | 2

**CAUSE OF DEATH:**   SUDDEN CARDIAC DEATH IN THE SETTING OF PHYSICAL EXERTION/RESTRAINT

**OSC:**   ATHEROSCLEROTIC CARDIOVASCULAR DISEASE, CARDIOMEGALY, RECENT METHAMPHETAMINE USE

**MANNER OF DEATH:**   COULD NOT BE DETERMINED

The facts stated herein are true and correct to the best of my knowledge and belief.

_[signature]_                                                 OCME Eastern Division        6/20/2017  9:45 AM

DAVID ARBOE, II, M.D.         Pathologist                     Location of Autopsy         Date and Time of Autopsy
CME-2

CASE NO. 1703182                                                                 PAGE | 3

# MEDICOLEGAL INVESTIGATION

**CIRCUMSTANCES OF DEATH:**
Received for autopsy examination is the body of a 56 year old male (DOB: 02/25/1961) who was witnessed to go unresponsive in police custody. He was arrested for driving under the influence and later became combative in jail. His blood was positive for Amphetamine, Methamphetamine, Diphenhydramine, Cyclobenzaprine, Desmethylsertraline, Sertraline and Trazodone at the time of his arrest. He also reportedly complained of shortness of breath at his arrest and refused medical treatment.

**AUTHORIZATION:**
The postmortem examination is performed under the authorization of the Office of the Chief Medical Examiner, Eastern Division, Tulsa, Oklahoma.

**IDENTIFICATION:**
The body is identified by visual recognition.

# POSTMORTEM EXAMINATION

The postmortem examination of Ronald Wayne Garland is performed at the Office of the Chief Medical Examiner, Eastern Division, Tulsa, Oklahoma, on 06/20/2017 commencing at 0945 hours.

Received for autopsy examination is the body of a well-developed, well-nourished adult male, weighing 176 pounds, measuring 71 inches, and appearing to be consistent with the stated age.

**CLOTHING AND PERSONAL EFFECTS:**
The decedent is clad in:
- Hospital gown

**EXTERNAL EXAMINATION:**
The temperature of the body is cool to the touch. Rigor mortis is passing. Purple, fixed livor mortis is evident over the posterior parts of the body, except in areas exposed to pressure, where it is absent.

The skin is of normal pliability and texture.

The scalp hair is gray and of a short length. There is gray mustache and beard present. The eyes are brown with pale conjunctivae. The cornea and lenses are transparent. The pupils are unremarkable and measure 0.4 cm bilaterally. The ears, nose, and mouth show no abnormalities. The upper gums are edentulous. The lower teeth are natural and in a fair state of dental repair.

The neck is symmetrical and unremarkable. No increased mobility on manipulation is detected.

The chest is symmetrical and unremarkable. The breasts are of normal male configuration with no palpable masses.

The abdomen is unremarkable.

The back is symmetrical and unremarkable.

The external genitalia are of normal male conformation with no external lesions.

000141

CASE NO. 1703182                                                                PAGE | 4

The extremities are symmetrical and unremarkable.

**Postmortem radiography:**
Postmortem radiography is unremarkable.

### IDENTIFYING MARKS AND SCARS:
There are no apparent identifying marks or scars.

### EVIDENCE OF RECENT MEDICAL THERAPY:
- There is an endotracheal tube present, entering the oral cavity
- There are five electrocardiogram pads on the body
- There is a rectal tube present
- There is a Foley catheter present
- There is a nasogastric tube present, entering the right nostril
- There is gauze present on the right wrist
- There are intravenous catheters in the bilateral neck
- There is a hospital identification bracelet around the left wrist

### EVIDENCE OF RECENT INJURY:
A. Area of multiple healing abrasions, central chest, 4.0 x 3.0 cm (cardiopulmonary resuscitation)
B. Fractures, bilateral $3^{rd} - 4^{th}$ ribs (cardiopulmonary resuscitation)
C. Area of multiple purple-green contusions, right upper chest, 8.0 x 7.0 cm
D. Purple-green contusion, left forearm, 5.0 x 3.0 cm
E. Purple-green contusion, right upper arm, 5.0 x 3.0 cm
F. Healing abrasion, right upper thigh, 0.6 x 0.2 cm
G. Area of multiple healing abrasions, right lateral thigh, 4.0 x 3.0 cm
H. Area of multiple pink contusions, right knee and lower leg, 12.0 x 4.0 cm
I. Healing abrasion, left knee, 3.0 x 2.0 cm
J. Pink contusion, left lower leg, 3.0 x 3.0 cm

### INTERNAL EXAMINATION:
The body is opened by a "Y" shaped incision. The abdominal fat pad is 5.0 cm thick at the umbilicus. The viscera of the thoracic and abdominal cavities occupy their normal sites. The serous surfaces are smooth and glistening. The left pleural cavity contains 420 mL of serous fluid. The right pleural cavity contains 100 mL of serous fluid. The peritoneal cavity is moist. The domes of the diaphragm are normally positioned. The margins of the liver and spleen are in proper relationship to their costal margins.

### CARDIOVASCULAR SYSTEM:
The heart weighs 610 grams. The pericardium is smooth and contains 10 mL of serous fluid. The epicardial surface is smooth. There is a normal amount of epicardial fat. The external configuration of the heart is unremarkable. The chambers of the heart are dilated. The right ventricle is 0.4 cm thick, the left ventricle is 1.2 cm thick, and the septum is 1.4 cm thick. The endocardium and valve leaflets are smooth, thin, pliable, and unremarkable. The circumferences of the valves are as follows: tricuspid valve = 13.0 cm; pulmonic valve = 9.0 cm; mitral valve = 11.0 cm; and aortic valve = 9.0 cm. The coronary arteries have a normal distribution with a right predominance. The right and left coronary ostia are normal in patency. Multiple cross-sections of the coronary arteries display the following pathological changes: left main coronary artery is unremarkable; left anterior descending coronary artery shows 60% occlusion; diagonal branch of the left anterior descending coronary artery shows 90% occlusion; left circumflex

CASE NO. 1703182　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE | 5

coronary artery is unremarkable; right coronary artery shows 40% occlusion. The myocardium is of the usual consistency, red-brown and unremarkable.

The aorta is lined by tan-yellow endothelium and shows severe atherosclerosis.

The venae cavae are unremarkable.

### RESPIRATORY SYSTEM:
The tracheal mucosa is unremarkable. The major bronchi are free of obstruction. The right lung weighs 1400 grams and the left lung weighs 1100 grams. The pleurae are smooth, delicate, glistening, and mottled with a moderate amount of anthracotic pigment. The lungs are not distended and are variegated red-gray to dark purple. The lung parenchyma is diffusely firm. The lung tissue is markedly congested and edematous. The pulmonary arteries and veins exhibit no pathological change.

### HEPATOBILIARY SYSTEM:
The liver weighs 1900 grams. The capsule is smooth and glistening. The external surface is glistening and brown. The parenchyma is of usual consistency and brown with the usual lobular architecture.

The gallbladder has a smooth mucosa and distended with 20 mL of bile. The wall is thin and the mucosa is bile-stained. No stones are present.

### HEMOLYMPHATIC SYSTEM:
The spleen weighs 150 grams and is of usual consistency. The capsule is intact and smooth. The internal architecture is unremarkable.

There are no enlarged lymph nodes identified.

### GASTROINTESTINAL SYSTEM:
The esophagus is unremarkable. The stomach contains a trace amount of tan fluid. The stomach mucosa shows the usual rugal folds with no lesions. The remainder of the gastrointestinal system is unremarkable. The appendix is identified and is unremarkable.

### PANCREAS:
The pancreas is normally lobulated. The parenchyma is tan-pink and unremarkable.

### GENITOURINARY SYSTEM:
The kidneys are in the usual position and without malformation. The right kidney weighs 230 grams and the left kidney weighs 240 grams. The capsules strip easily, revealing smooth and glistening surfaces. The cortico-medullary junctions are well-defined. The medullae are unremarkable. The calyceal and collection systems are unremarkable. The ureters, renal arteries, and veins are unremarkable.

The bladder contains no urine. The mucosa is pink-tan and unremarkable. The ureteral orifices are patent.

The prostate is not enlarged and does not impinge upon the urethra. The tissue of the prostate is lobulated, tan, and rubbery. The seminal vesicles are unremarkable.

The testes are both present within the scrotal sac. The parenchyma is unremarkable.

### ADRENAL GLANDS:

Both adrenals are of the usual size and shape. The cut surface shows a thin yellow cortex and brown-gray medulla.

**MUSCULOSKELETAL SYSTEM:**
The axial and appendicular skeleton shows no abnormalities. The exposed musculature is unremarkable.

**NECK:**
The soft tissues of the neck, thyroid and cricoid cartilages and hyoid bone are unremarkable. The larynx and trachea are free of obstruction. The laryngeal mucosa is smooth and unremarkable. The thyroid gland is red-brown and homogeneous. The neck is examined at the conclusion of the autopsy, after the blood has drained and the tissues are dry. The paravertebral musculature is unremarkable. The cervical spine is intact.

**CENTRAL NERVOUS SYSTEM:**
The scalp is reflected from mastoid process to mastoid process, revealing no subgaleal hemorrhages. The calvarium is intact. The dura is white. There is no evidence of epidural or subdural hemorrhages. The brain weighs 1560 grams. The convexities of the cerebral hemispheres are symmetrical. The leptomeninges are thin and transparent. The subarachnoid space does not contain any hemorrhage. The gyri occupy their usual position and the sulci are slightly flattened. There is no evidence of subfalcial, uncal, or cerebellar tonsillar herniation present. The major cerebral arteries show no significant atherosclerosis or congenital anomalies. The roots of the cranial nerves are unremarkable. Serial coronal sections through the cerebral hemispheres show a grossly normal cortical ribbon and underlying white matter. The basal ganglia and diencephalon show no gross abnormalities. Serial cross sections through the brainstem and sagittal sections through the cerebellum fail to show any gross lesions or abnormalities. The ventricular system is symmetrical and of normal size and configuration. After removal of the brain and dura, the base of the skull does not demonstrate any fractures. The pituitary gland is unremarkable.

## MICROSCOPIC EXAMINATION

The microscopic examination is consistent with the gross findings and final pathologic diagnoses.

Cassette List:
1. Heart, left and right ventricles
2. Heart, septum
3. Lungs
4. Lungs
5. Liver
6. Kidneys

## TOXICOLOGY

Representative samples of blood, vitreous, liver, brain and gastric contents are taken for toxicological examination. See separate toxicology report for full description.

CASE NO. 1703182            PAGE | 7

## OPINION

The death of Ronald Wayne Garland, a 56 year old male, is best described as Sudden Cardiac Death in the Setting of Physical Exertion/Restraint. Atherosclerotic Cardiovascular Disease, Cardiomegaly and Recent Methamphetamine Use contributed to his demise. Atherosclerotic Cardiovascular Disease and Cardiomegaly are associated with lethal cardiac arrhythmias. Lethal cardiac arrhythmias may also be associated with recreational drug use/abuse and withdrawal.

<u>MANNER OF DEATH:</u> Could not be determined

DAVID ARBOE, II, M.D.

**BOARD OF MEDICOLEGAL INVESTIGATIONS**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
901 N. Stonewall
Oklahoma City, OK 73117

**REPORT OF LABORATORY ANALYSIS**

| OFFICE USE ONLY |
|---|
| Re. _____ Co. _____ |
| I hereby certify that this is a true and correct copy of the original document. Valid only when copy bear im-print by the office seal. |
| By _____ |
| Date _____ |

ME CASE NUMBER: 1703182

DECEDENT'S NAME: RONALD WAYNE GARLAND

MATERIAL SUBMITTED: BLOOD, VITREOUS, URINE, LIVER, BRAIN, GASTRIC

LABORATORY NUMBER: 172696

DATE RECEIVED: 6/22/2017

HOLD STATUS: 30 DAYS

SUBMITTED BY: SARAH CAMPBELL

MEDICAL EXAMINER: DAVID ARBOE II M.D.

**NOTES:** No Toxicological Analysis Performed; No Hospital Admission Specimens Available

**ETHYL ALCOHOL:**

Blood:

Vitreous:

Other:

**CARBON MONOXIDE**

Blood:

**TESTS PERFORMED:**

**RESULTS:**

06/29/2017
DATE

_Jesse M. Kemp PhD_
JESSE KEMP, Ph.D., D-ABFT-FT, Deputy Chief Forensic Toxicologist

000146

**BOARD OF MEDICOLEGAL INVESTIGATIONS**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
901 N. Stonewall
Oklahoma City, OK 73117

**REPORT OF LABORATORY ANALYSIS**

| OFFICE USE ONLY |
| --- |
| Re._____  Co._____ |
| I hereby certify that this is a true and correct copy of the original document. Valid only when copy bear im-print by the office seal. |
| By _____ |
| Date _____ |

ME CASE NUMBER: 1703182

DECEDENT'S NAME:  RONALD WAYNE GARLAND

MATERIAL SUBMITTED:  BLOOD, VITREOUS, URINE, LIVER, BRAIN, GASTRIC

SUBMITTED BY:  SARAH CAMPBELL

LABORATORY NUMBER:  172696

DATE RECEIVED:  6/22/2017

HOLD STATUS:  30 DAYS

MEDICAL EXAMINER:  DAVID ARBOE II M.D.

**NOTES:** Addendum to the report typed 06/29/2017

**ETHYL ALCOHOL:**
   Blood:   Not Performed
   Vitreous:
   Other:

**CARBON MONOXIDE**
   Blood:

**TESTS PERFORMED:**
   ALKALINE DRUG SCREEN - (Peripheral Blood)

**RESULTS:**
   METHAMPHETAMINE
      0.47 mcg/mL - (Peripheral Blood)

   AMPHETAMINE
      POSITIVE - (Less than 0.06 mcg/mL) - (Peripheral Blood)

   The following were Detected but not confirmed; CYCLOBENZAPRINE, SERTRALINE, and TRAZODONE - (Peripheral Blood)

   DIPHENHYDRAMINE
      TRACE (not confirmed) - (Peripheral Blood)

09/12/2017
DATE

BYRON CURTIS, PH.D., F-ABFT, Chief Forensic Toxicologist

000147