UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JANICE BUSH, as Special Administrator )
for the Estate of Ronald Garland, deceased, )
)
              Plaintiff, )
)
v. )    Case No. 19-CV-98-GKF-FHM
)
BRET BOWLING, in his official and )
individual capacity as Sheriff Creek County, )
Okla., et al., )
)
             Defendants. )

## **OPINION AND ORDER**

Plaintiff's *Motion to Compel Discovery from Defendant Labbee,* [Dkt. 130], has been fully briefed, [Dkts. 148, 152], and is ripe for decision.

Plaintiff seeks an Order compelling Defendant Labbee to respond to three interrogatories which require the identification of Defendant Labbee's phone, social media accounts, and email accounts. Defendant objects arguing that the identification of the phone, social media accounts, and email accounts would not be relevant to the case and that this is really just the first step in Plaintiff's effort to conduct a fishing expedition into Defendant Labbee's private affairs.

The court finds that identification of a party's phone, social media accounts, and email accounts is discoverable background information much like a person's address and place of employment. The court will address Defendant Labbee's concerns about a fishing expedition if Plaintiff seeks additional discovery in these areas.

Plaintiff's *Motion to Compel Discovery from Defendant Labbee,* [Dkt. 130], is GRANTED for the time period of June 10, 2017 to the present.

SO ORDERED this 11th day of December, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE