# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  JANICE BUSH, as Special Administrator for the Estate of Ronald Garland, deceased,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>(2)  BRET BOWLING, in his official And individual capacity as Sheriff Creek County, Okla. *et al.*<br><br>　　　　　Defendants. | Case No.: 19-cv-00098-GKF-FHM |

**EXHIBIT 3**
**Diagram of the CCJC**
**(filed under seal)**