**MINUTES**

**CREEK COUNTY PUBLIC FACILITIES AUTHORITY
MEETING, JULY 6, 2017**

**CREEK COUNTY COLLINS BUILDING
COMMISSIONER'S MEETING ROOM
317 E. LEE, SAPULPA, OK  74066**

1. **Agenda Items:**

2. **Call to order:** Dick White

   **Roll Call:**     Present: Dick White, Chuck Mitchell, Tom McGuire, Newt
   Stephens, Bret Bowling & Ky Chafin

   Absent:  Topper Causby

   Others Present: Misty McCurley

3. **Review and consideration of approval for minutes of special meeting
   held on February 23, 2017.**

   - Motion by Mitchell for approval; Second by Chaffin.
   - All in Favor. Abstain None. Motion Carried.

4. **Discussion and possible action on replacing Chrissie Underwood with
   Clatie Dennis as director of the Creek County Juvenile Justice Center.**

   Bret Bowling stated that Clatie Dennis was unable to attend because she
   was on vacation. Clatie worked at the Creek County Jail for a few years. She
   started working at the JJC when it opened in 2014. He said that she has
   her degree and does well with the kids and is working on managing
   employees. She is currently on a pro tem status. He said that trying to manage
   the employees for her has been difficult. She is the third director of the JJC.
   Bret stated they have meetings every Monday right after the County
   Commissioners meeting regarding the finances and budgeting.

   No action taken.

5. **Discussion and possible action on giving Newt Stephens the authority to
   spend up to a certain amount approved by the Trust out of the CJM5
   account for repairs at the Creek County Jail.**

Creek County Public Facilities Authority - Minutes – July 6, 2017          1

Exhibit 7

008825

Newt Stephens stated that the board had discussed this before but we were unable to find in the minutes. He stated that the County Clerk is needing  the minutes stating he has approval to spend money out of the CJM5 account without a  board action. Stephens stated that what brought this issue up  was that the plumbing lines collapsed in the kitchen area at the jail. It was a safety  issue and an emergency was declared. Ky Chaffin asked if this account was set up for maintenance.  Stephens stated that ten  percent was set aside in the CJM5 account to protect the jail. This account pays  the DA's office to try and prevent lawsuits the remainder was set aside for maintenance issues that come up taking the burden off of the Sheriff's office. Chaffin asked what the balance of the account is at this time. Bowling stated about $500,000.00. Stephens stated that when an emergency comes up Misty McCurley will send an email to the board advising when a purchase order has been issued and the amount from the CJM5 account.

- Motion made by Chaffin to approve the County Commissioner to spend up to $7,500.00 on a per emergency occurrence basis not to exceed $22,500.00; Second by Mitchell
- All in Favor. Abstain None. Motion Carried.

6. **Discussion and possible action on status and population of the Creek Jail and Creek County Juvenile Justice Center - Bret Bowling**

Bret Bowling stated that he will provide the board a packet with numbers at a later date. He said that we are the 10th largest county by population and the seventh largest jail. We rank 27th in inmate to detention officer ratio. He stated that the jail is understaffed and he is very concerned with the staff's safety but doesn't have the money to hire more staff Bret said they currently have 85 employees and need to be at 100. There are currently 370 inmates. They are not getting anyone released. The people who come in would rather just sit it out because they don't have the money to pay. He stated his staff alone has arrested 60 percent more people than they did six months ago. He currently has 15 detention officers. The turnover rate is horrible due to the pay at $14.50 per hour. He stated that they receive one third of the one cent sales tax averaging $113,000.00 a month to run the jail. He stated when the bond first issued in 2004 they averaged $160,000.00 a month. He said there is an average of $13,800.00 going into the CJM5 account. The average cost for food and medical a month is $63,100.00, salaries average $115,000.00 a month, daily operational cost for DOC is $28.00 a day and DOC only pays $27.00 per inmate, utilities cost $16,000.00 per month, maintenance cost $150,000.00 per year and cost for medical transport and transportation to and from the court house. The sheriff's cash accounts are matching two thirds of his employees' benefits. He stated it cost about $4700.00 an employee even though their salary is $2400.00 per month. Ky Chaffin asked if the $2400.00 all comes out of his budget for

008826

everyone in the Sheriff's department. Bret stated that he has a general account that the Excise board takes care of and the County Commissioners match. He said that the jail and juvenile center and some of his support staffs pay comes out of cash accounts. He said that the geo thermal system is thirteen years old and going down. A company has recommended a $20,000 tune up due to it not cooling. The jail needs a new roof costing $215,000.00. He stated that they need a camera system since they are unable to afford more employees. The cost for the camera system is estimated at $52,000.00. Newt Stephens asked about the hazard and uniform pay that comes out of the jail to supplement the deputies to up their pay and keep them around.  Bret stated that they still do that today and the money comes out of sheriff services. He said even with that a commissioned deputy makes $2700.00 which is the lowest paid county.  Newt Stephens stated that the uniform pay needs to come out of the budget account. He said if the Excise board gives raises he will be unable to match it using the cash accounts.

Bret states the JJC has a 16 bed facility there are only 18 state facilities in Oklahoma we are 19 but not considered a state ran facility.  He states if they get a kid from Creek County they don't charge them.  If it is a kid from another county they are charged $39.00 a day. He said if you are part of a state plan they pay up to $160.00 a day. OJA tells them what they have to do. They give a certificate to be open but they don't give them any money. Bret stated that he is going to talk to Senator Leewright. He said Muskogee was shut down and it was a state funded facility he wants to know where the money went that funded them. He wants to ask the Senator what their options are.  The JJC averages $75,000.00 a month income. He said $69,000 is received in tax money the other $5,000.00 is taking in other kids from other counties. He said their salaries at the JJC are $70,000.00. He stated the problem is it's not funding itself. He said he has some money sitting off in some accounts but he is not sure what he can use it on. Dick White stated the solution would be to talk to Senator Leewright and address the funding issue.

Bret wanted to know who he turns to regarding not bringing in enough money to fund the jail operation. Newt Stephens said it would be the voters who he needs to approach. Stephens suggested we have our next meeting on September 7th due to the budget meeting on August 24th and 25th. He said we will have some answers after the budget meeting. Stephens stated if he gets some things over on his budgeted account it will help. Bowling stated he could wait till September meeting. He stated he is reporting at this time and will support with numbers at the next meeting.

No action taken.

**Adjournment:**

- Motion by Stephens for approval; Second by McGuire.

- All in Favor. Abstain None. Motion Carried.

008827