# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANICE BUSH, as Special Administrator for the Estate of Ronald Garland, deceased,<br><br>Plaintiff,<br><br>v.<br><br>(2) BRET BOWLING, in his official And individual capacity as Sheriff Creek County, Okla. *et al.*<br><br>Defendants. | Case No.: 19-cv-00098-GKF-FHM |

## EXHIBIT 11
## OSBI Interview - Labbee
**(filed under seal)**