# *Creek County Criminal Justice Center*

## 10-1     Segregation

**10-1.1**     **PURPOSE:**
To establish the operation of the Segregation Unit at the Creek County Jail.

**10-1.2**     **AUTHORITY:**
Facility Policy.

**10-1.3**     **DEFINITIONS:**
1.   **Administrative Segregation**-Separation from the general population when the continued presence of the inmate in the general population would pose a serious threat to life, property, self, staff or other inmates, or to the security or orderly operation of the institution to include escape.  Inmates pending investigation for trial on a criminal act or pending transfer can also be included.
2.   **Administrative Detention**-A Security Classification for inmates having a documented history of assaultive, destructive and/or disruptive behavior or inmates pending investigation for trial on a serious criminal act who have been assigned at the recommendation of the Classification Committee and approval of the Director of Detention Services and/or designee.
3.   **Pre-Hearing Detention**- An inmate charged with or suspected of a disciplinary violation or who is the subject of or party to an investigation may be placed in pre-hearing detention if:
    a.   His/her presence in the general population would create a threat to the physical safety of other inmates or staff;
    b.   It is necessary to maintain the integrity of an investigation, i.e. to preserve the integrity of information either in the inmate's possession or in another persons possession; or if
    c.   His/her presence in the general population would create a threat to the security or orderly operation of the institution.
    d.   Current escape risk.
4.   **Protective Custody**- A form of separation from the general population for inmates requesting or requiring protection from other inmates for reasons of safety.
5.   **Disciplinary Segregation**- A form of separation from the general population in which inmates are confined by the disciplinary hearing officer for a period of time from the general population.  Placement in Disciplinary Segregation may only occur after a finding of a rule violation by the Disciplinary Hearing Officer.

**10-1.4**     **POLICY:**
Inmates who threaten the physical safety of other inmates, staff, self, or the orderly operation; who pose the risk of escape; and/or, who are classified as protective custody

Exhibit 13

CONFIDENTIAL                                           003207

may be separated from the general population.  Separating inmates from the general population will not be used for the purpose of retaliation.

**10-1.5**     **PROCEDURES:**
- **A.** Placement of Inmates in a Segregation Housing Unit will be reviewed by the Assistant Director of Detention Services and Chief of Security within 72 hours of placement:
    1. Pre-Hearing Detention: Placement as authorized by the Director of Detention Services, Assistant Director of Detention Services, and Chief of Security, or Shift Supervisor.
    2. Disciplinary Segregation:  Placement following a guilty finding of the Disciplinary Hearing Officer.
    3. Administrative Detention: Placement following a classification hearing and approval of the Director of Detention Services.
    4. Protective Custody
        a. Upon an inmate's written request for Protective Custody (P.C.), the inmate will be placed into Pre-Hearing P. C. pending an investigation to determine if Protective Custody is warranted and no reasonable alternatives are available.
        b. The Shift Supervisor will have 24 hours to initiate and 72 hours excluding weekends and holidays to complete an investigation determining if Protective Custody is warranted.
        c. The Shift Supervisor will send the results of the investigation to the Assistant Director of Detention Services, with a copy to be placed in the inmate's file.
        d. The Assistant Director of Detention Services will determine if the investigation supports the request for Protective Custody.  If so, he/she will direct the Segregation Supervisor to have the inmate so classified.
        e. After placement in Protective Custody, the inmate's classification status will be reviewed in accordance with this policy.
        f. If Protective Custody is not approved, the Segregation Supervisor will take appropriate action to return the inmate to the general population and notify the inmate of the reasons he is not being placed in Protective Custody.

- **B.** **Release from Segregation Status**
    1. 
        a. Pre-Hearing Detention - at the discretion of the Director of Detention Services, Assistant Director of Detention Services, Chief of Security, or Shift Supervisor.
        b. Upon recommendation of Disciplinary Hearing Officer after completion of disciplinary hearing process.
    2. Disciplinary Segregation
        a. Segregation Supervisor upon completion of length of Disciplinary Segregation time accessed by Disciplinary Hearing Process and Reclassification if appropriate.
        b. Early release upon recommendation of the Classification Committee and approval of the Chief of Security.
    3. Administrative Detention
        Recommendation of the Classification Committee as approved by the Director of Detention Services.
    4. Protective Custody
        a. Recommendation of the Classification Committee as approved by the Assistant Director of Detention Services.

   b. Status of inmate reviewed by the Classification Committee weekly for the first two months, and once a month thereafter.

**C.**  **Segregation Confinement Record**

Upon arrival of an inmate into segregation, the Master Control Center Officer will initiate a Segregation Confinement Record (SCR).

1. The Segregation Confinement Record (SCR) will be completed in full. The inmate's name, segregation status, and the reason(s) for segregation must be entered.
2. The Shift Supervisor or designee will identify and record all known special conditions related to security and to the treatment of the segregated inmate. Such conditions include:
   a. Recreation/exercise requirements;
   b. Restrictions on personal property (imposed by the placing authority for cause);
   c. Known assault risks;
   d. Restraints (only if different from routine restraint procedures);
   e. Physical health conditions (note any special medical conditions such as asthma, physical handicaps, etc);
   f. Mental health (note any mental health problems, potential suicide risks, mental retardation, etc.);
   g. Special diet (as ordered by qualified health provider due to special medical problems);
   h. Medication requirements (current prescriptions); and,
   i. Any other special circumstances related to the inmate's segregation.
3. Each special condition will be entered on the Segregation Confinement Record (SCR). If there are no special conditions under one of the above headings, the word "none" should be written where applicable.
4. After completion of the information described in a. above, the placing officer will sign the Segregation Confinement Record (SCR).

**D.**  **Segregation Activity Record**

The employee who supervises or performs an activity involving a segregated inmate will be required to inform the control room officer of the need to document said activity on the Segregation Activity Record. The control room officer will clearly initial and indicate the date as well as the time of each activity in the appropriate column. Any abnormal, aggressive or violent behavior should be noted in the "Remarks/Other" column in addition to any other required documentation, i.e. incident reports, disciplinary reports etc. The Segregation Activity Record will be reviewed and initialed daily by the Shift Supervisor.

**E.**  **Procedures for Segregation Activities.**

1. Food: Inmates will receive the same portion and type of meals served to the general population. When an inmate refuses to eat, this will be reported on the Segregation Activity Record. However, based on security considerations, individual inmates may be placed on alternative meal service. Meals will conform as closely as possible to published menu prior to placing an inmate on alternative meal service the action must be approved by the Director of Detention Services and nurse. Alternative meal service shall not exceed a seven (7) day period.
2. Personal Hygiene:
   a. Showers: Inmates will be allowed to shave and shower three times a week at a minimum. Refusal to shower will be recorded on the Segregation Activity Record.

    b.    Hair care:  Hair care services will be provided in the unit for all inmates as scheduled.
    c.    Clothing:  Clothing will be exchanged and laundered according to the posted schedule.
    d.    Linens: Inmates will be issued and will exchange linen on the same basis as general population.  The bedding will be thoroughly searched by a Detention Officer immediately prior to placement in segregation area.
    e.    Medication: Inmates will be provided all prescribed medications in accordance with physician's orders.
    f.    Correspondence: Inmates are subject to the same mail regulations and privileges as other inmates in the general population, unless these privileges have been temporarily suspended.

**F.    Pre-Hearing Detention:**

For all inmates being assigned to Pre-hearing Detention, the SCR card must be complete by the Shift Supervisor or above and given to the control room officer prior to the placing authority leaving shift.  No property will be taken into the living area until it has been searched by a unit officer.  Only allowable items as specified in Inmate Property Policy in reasonable quantities will be provided.  All others will be inventoried and placed in storage.

| | |
|---|---|
| Duration: | Seven (7) days. |
| Recreation: | None for the first day, then one (1) hour per day, and five (5) days per week as scheduled by staff. Once refused, no further consideration for that day. |
| Visitation: | Access during scheduled period unless on pre-hearing for disciplinary reason.  Disciplinary reasons will not have visitation. |
| Phone: | Access during scheduled recreation period. |
| Escort: | Inside facility, leg and arm restraints at a minimum when out of cell or pod. Handcuffed behind back. Hallways cleared. No contact with general public. Outside facility, full restraints to include belly chain, black box, arm and leg restraints. Constant direct sight and sound supervision by Detention Officer. Hallways Cleared. No contact with the general population inmates. |
| Program Activities: | None. |

If the inmate is placed in Pre-Hearing Detention pending a Disciplinary Hearing and is not sentenced to Disciplinary Segregation, after the hearing he/she will be returned to his/her cell until the board has concluded its business for the day.

**G.    Protective Custody:**

If the inmate was placed in Pre-hearing Detention pending investigation, the placement staff member must provide the Classification Committee a written explanation as to why Protective Custody is appropriate within 72 hours of the placement.

| | |
|---|---|
| Duration: | Classification Committee review weekly for the first two (2) months and monthly thereafter.  No inmate on P.C. will be released to the population without approval of the Assistant Director of Detention Services. |

| | |
|---|---|
| Recreation: | One (1) hour per day, five (5) days per week as scheduled by staff.  Once refused no further consideration for that day. |
| Visitation: | Same as General Population. |
| Phone: | Access during scheduled recreation period. |
| Escort: | Inside facility, leg and arm restraints at a minimum when out of cell or pod. Handcuffed behind back. Hallways cleared. No contact with the general population. |
| | Outside facility, full restraints to include belly chain, black box arm and leg restraints. Constant direct sight and sound supervision by Detention Officer. Hallways Cleared.  No contact with the general population inmates. |
| Commissary: | Same as General Population. |
| Program Activities: | As requested in writing from inmate and approved by Classification Committee for education service, counseling service, religious guidance and recreational programs. Trustee/Orderly Custody Area only as assigned by Shift Supervisor. |

**H.  Disciplinary Segregation:**

If the inmate is given Disciplinary Segregation time, he/she will be moved directly from the Disciplinary Board to a Disciplinary Segregation cell.  His/her property will be inventoried, issued, or stored as appropriate by a unit officer.

| | |
|---|---|
| Duration: | As prescribed by the Disciplinary Hearing Officer.  There should be no early release except as approved by the Director of Detention Services. |
| Recreation: | One (1) hour per day, five (5) days per week, as scheduled by staff.  Once refused, no further recreation considered for that day. |
| Visitation: | None. |
| Phone: | Shift Supervisor may authorize phone call for family emergencies.  All legal phone calls will be made during scheduled recreation periods as required and approved by the Shift Supervisor. |
| Escort: | Inside facility, leg and arm restraints at a minimum when out of cell or pod. Handcuffed behind back. Hallways cleared. No contact with general population inmates. |
| | Outside facility, full restraints to include belly chains, black box, arm and leg restraints. Constant direct sight and sound supervision by a Detention Officer. Hallways cleared.  No contact with the general population inmates. |
| Program Activities: | None. |

**I.  Administrative Detention:**

Upon recommendation of the Classification Committee and approval of the Director of Detention Services the inmate will be placed in Security Detention: Review criteria for consideration for Administrative Detention (A. D.):

| | |
|---|---|
| Duration: | Classification Committee review weekly for the first two (2) months and monthly thereafter.  No inmate on A. D. will be released to the population without approval of the Director of Detention Services. |

|  |  |
|---|---|
| Recreation: | One (1) hour per day, five (5) days per week. |
| Visitation: | One (1) non-contact visit per week. |
| Phone: | Access during scheduled recreation period. |
| Escort: | Inside facility, leg and arm restraints at a minimum when out of cell or pod. Handcuffed behind back. Hallways cleared. No contact with the general population inmates. |
|  | Outside facility, full restraints to include belly chain, black box, arm and leg restraints. Constant direct sight and sound supervision by a Detention Officer. Hallways cleared.  No contact with the general population inmates. |
| Commissary: | Restricted to hygiene items. |
| Program Activities: | None. |

**J.  Legal Materials, Reading Materials, Personal Property and Mail**
1. All inmates housed in the Segregation Unit receive mail in the same manner as the general population, unless these privileges have been temporarily suspended.
2. All inmates housed in the segregation unit will be afforded the opportunity to shave and shower at least three (3) times per week.
3. Protective Custody and Administrative Detention will be allowed the same personal property as the general population.
4. Inmates housed in Pre-Hearing (for disciplinary reason)/Disciplinary Segregation will be allowed the following personal property:
   a. 1 uniform
   b. 2-towels and wash cloths
   c. 1-pair of shower shoes
   d. 2-pair of socks
   e. 1-comb
   f. 1-soap
   g. 1-toothbrush and toothpaste
   h. 1-shampoo and conditioner
   i. 1-deodorant
   j. Reading Material (religious, education, legal)
   k. stationary supply
   l. All other property will be stored until classification change takes place.

**K.  Commissary**
All inmates assigned to the Segregation Unit are allowed to submit an appropriate commissary list once per week. The Shift Supervisor will coordinate ordering and delivering of commissary goods.

**L.  Staff Visits**
1. The Shift Supervisor will inspect the Segregation Unit at least once per shift and will document this inspection in the Segregation Log.
2. Health Services Staff will make a minimum of one official visit per day; this visit will be documented.
3. A mental health professional will interview inmates held in segregation for more than thirty (30) days and prepare a written report to the Assistant Director of Detention Services. Inmates continued in segregation will be interviewed every ninety- (90) days by a mental health professional and a written report submitted to the Assistant Director of Detention Services.

      4.      Inmates assigned to the Segregation Unit are allowed access to the court the same as the general population.
      5.      The frequency of staff visits to this Unit are
          a.      Daily by Shift Supervisor
          b.      Daily by Medical Department Personnel
          c.      Program Staff upon request
      6.      All inmates in the Segregation, regardless of status, will be observed every thirty (30) minutes by a Detention Officer (documented in the log book).

    **M.**    **Searches of Segregated Areas**
All Shift Supervisors are to ensure that frequent and complete searches of the segregation area are conducted by security staff. Each cell will be thoroughly searched prior to assigning an inmate to the cell.

**10-1.6**    **REVIEW:**
This policy will be reviewed at least annually by the Director of Detention Services.

**10-1.7**    **APPLICABILITY:**
All Staff and Inmates.

**10-1.8**    **ATTACHMENTS:**

| | |
|---|---|
| Attachment A: | Pre-Hearing Detention Authorization/Review. |
| Attachment B: | Segregation Confinement Record (SCR), |
| Attachment C: | Segregation Activity Record (SAR) |
| Attachment D: | Approved Commissary List / Segregation Rules |
| Attachment E: | Administrative Segregation Hearing Report |
| Attachment F: | Segregation Detention and Protective Custody Review |
| Attachment G: | Request for Protective Custody |
| Attachment H: | Reassessment of Protective Measures Need |

**10-1.9**    **REFERENCES:**
ACA Standards.

CONFIDENTIAL        003213

**Creek County Criminal Justice Center**

# SEGREGATION ACTIVITY RECORD

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | | |
| SHOWERS | | | | | | | |
| EXERCISE | | | | | | | |

**VISITATION:**

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| UNIT STAFF | | | | | | | |
| OTHER STAFF | | | | | | | |

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| CLOTHING ISSUE | | | | | | | |
| HYGIENE ISSUE | | | | | | | |
| LINEN ISSUE | | | | | | | |
| SHAVES | | | | | | | |

**HEARING/INVESTIGATION DATE: _____**     **COURT DATE: _____**

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MEDICAL VISIT | | | | | | | |
| MEDS | | | | | | | |
| PSYCH SERVICES | | | | | | | |

|  | MON | TUES | WED | THRU | FRI |
|---|---|---|---|---|---|
| MAIL | | | | | |
| CANTEEN | | | | | |
| LAW LIBRARY | | | | | |

**MEALS:**
**ALL MEALS SAME AS GENERAL POPULATION "UNLESS NOTED":**

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| AM | | | | | | | |
| NOON | | | | | | | |
| PM | | | | | | | |

|  | MON | TUES | WED | THRU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| BARBER | | | | | | | |
| PHONE | | | | | | | |
| SECURE VISIT | | | | | | | |

**DATE/TIME RECEIVED:**_____     **AUTHORIZING OFFICIAL:** _____
**DATE/TIME RELEASED:** _____     **AUTHORIZING OFFICIAL:** _____

**NAME:** _____     **BOOKING NO:** _____     **CELL NO:** _____
**FROM UNIT:** _____     **STATUS:** _____

Policy 10-1
Attachment C

CONFIDENTIAL                                    003217