## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

(1)   JANICE BUSH, as
      Special Administrator for the
      Estate of Ronald Garland,
      deceased,

                Plaintiff,

                                        Case No.: 19-cv-00098-GKF-FHM

v.

(2)   BRET BOWLING, in his official
      And individual capacity as Sheriff
      Creek County, Okla. *et al.*

                Defendants.

---

## EXHIBIT 14
### Screenshot of first image from camera in booking
### (filed under seal)

---