UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA


| | |
|---|---|
| (1) JANICE BUSH, as Special Administrator of the Estate of Ronald Garland, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) No. 19-CV-00098-GKF-FHM ) |
| (2) BRET BOWLING, in his individual and official capacity as Sheriff Creek County, Okla., et al., | ) ) ) ) ) |
| Defendants. | ) |


DEPOSITION OF *LANCE PROUT*, taken on

behalf of the plaintiff pursuant to the following

stipulations, on the 13th day of December, 2019, at

907 South Detroit, Tulsa, Oklahoma, before Kellie

Erwin, Certified Shorthand Reporter in and for the

State of Oklahoma.



\*   \*   \*   \*   \*   \*   \*   \*   \*



ERWIN REPORTING
2517 EAST 57TH STREET
TULSA, OKLAHOMA 74105
(918)231-2533

Exhibit 19

1        MS. GOOCH:  Object to the form.

2        MR. WINTER:  Form.

3   Q.  (By Mr. Garrett)  To your knowledge?

4   A.  No.  I mean we have a budget that is approved every

5       year and then, you know, that money we -- we, you

6       know, run the jail off that money, so --

7   Q.  Would an increased budget --

8   A.  Well, yeah, increased budget would have been great,

9       but --

10  Q.  Do you recall if the budget had increased from 2014

11      when you left with the lower head count and when

12      you came back in '17 with a higher head count?

13  A.  I don't know.  I honestly don't recall that.

14  Q.  Do you know during your time at Creek County, had

15      there been any sanctions imposed on the jail by

16      Judge Dowdell?

17        MS. GOOCH:  Object to the form.

18  A.  Judge who?

19  Q.  (By Mr. Garrett)  He's a federal judge here in

20      Tulsa, and if Judge Dowdell had given any specific

21      instructions to the Creek County jail?

22  A.  No, sir.

23        MR. WINTER:  Form.

24  Q.  (By Mr. Garrett)  In regards to this specific

25      incident, do you know who would have been in charge

1    preserving the video from the video system?

2  A.   It was put into evidence.  Cody and I burned it off

3       and put it in, you know, whatever and then it went

4       to the evidence room.

5  Q.   Burned it off onto, like, a big USB drive or

6       something?

7  A.   Yeah.  From the time he came in till the time he

8       left, we put it all on a big portable USB drive.

9  Q.   Did you then delete any of the video off the

10      original server?

11  A.  You can't -- I don't believe we could delete video

12      off the server.  Not to my knowledge.

13  Q.   You just write over it naturally?

14  A.  Yeah -- well, I mean it just disappears after three

15      weeks or -- I don't remember, but it just goes away

16      unless you've saved it.

17  Q.   So you made -- step one, you created an external

18      copy; correct?

19  A.  Yeah.

20  Q.   Step two, did you go through, like, a ticket in the

21      server not to delete?

22        MS. GOOCH:  Object to the form.

23  A.  I personally did not, no.

24  Q.   (By Mr. Garrett)  That might have been Cody?

25  A.  Might have been Cody.