# Office of Chief Medical Examiner
## Toxicology Laboratory

ME Case #: 1703182
TOX Case #: _____

## REQUEST FOR ANALYSIS

| NAME | BIRTHDATE | AGE | SEX | RACE | WEIGHT |
|---|---|---|---|---|---|
| RONALD GARLAND | 2/25/1961 | 56 | M | WHITE | 176 LBS |

### SUMMARY OF INDICATIONS FOR TOXICOLOGICAL EXAMINATION

**ANTEMORTEM SIGNS AND SYMPTOMS AND TOXICOLOGICAL INDICATION**

The decedent is a 56 year old white male who was witnessed to pass by family.

According to Capt. Prout with Creek Co jail, the decedent was arrested on 06/10/2017 by Manford police for DUI/ drugs. On 06/11/2017 around 0500 he was transported to Creek Co Jail. The decedent became combative with officer and when they attempted to put him in a restraint chair he became unresponsive. 911 was called and Creek CO ems responded and transported to St. Johns hospital. The decedent was admitted to St. Johns ICU. The decedent's family made him a DNR and placed him on comfort care measures. The decedent's death was pronounced on 06/18/2017 at 2310. Rays will transport to OCME.

Creek CSO case number 1701985- they do have video from this incident and will bring it to the office.

Next of kin: Janace Garland (mom) 918-757-2428

Funeral home: Unknown

**COPY**

**DRUG(s) TREATMENT AND/OR CHEMICAL(s) EXPOSURE:**
COMFORT MEASURES ONLY

**POSTMORTEM FINDINGS:**

**TOXICOLOGIC ANALYSIS DESIRED**   NO GROSS ANATOMICAL CAUSE OF DEATH ☐

- COMPLETE TOX ☑
- CARBON MONOXIDE ☐
- SUDI SCREENS ☐
- HEP/HIV ☐
- IMMUNOASSAY SCREEN ☐
- VOLATILES ☐
- ETHYL ALCOHOL ☐
- OTHER (specify analyte): ☐

**SPECIMENS SUBMITTED FOR ANALYSIS**

BLOOD   Heart ☑   Femoral ☑   Subclavian ☐   Cavity ☐

| | | |
|---|---|---|
| VITREOUS ☑ | BRAIN ☑ | DNA CARD ☑ |
| URINE ☑ | GASTRIC ☑ | OTHER |
| LIVER ☑ | PHYSICAL EVIDENCE ☐ | RED TOP HEART |
| KIDNEY ☐ | HOSPITAL SPECIMENS ☐ | |

HOLD STATUS (check one):
- 30 Days ☑
- 1 year ☐
- 5 years ☐
(submit hold specimens)

MEDICAL EXAMINER: ARBOE II, DAVID M.D.   PATHOLOGIST ASSISTANT: PAYNE, JUSTICE PT PATH A   DATE: 6/20/2017

COUNTY: TULSA   INVESTIGATING AGENCY: OCME   INVESTIGATOR: MEGAN HARRIS

Exhibit 21