Aaron Murphy
July 26, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) JANICE BUSH, AS SPECIAL
ADMINISTRATOR FOR THE ESTATE
OF RONALD GARLAND, DECEASED

    Plaintiff,

vs.                   Case No. 19-CV-0098-GKF-JFJ

(2) BRETT BOWLING, IN HIS
OFFICIAL CAPACITY AS SHERIFF
CREEK COUNTY, OKLAHOMA,
(3) BOARD OF COUNTY COMMISSIONERS
OF COUNTY CREEK,
(4) NEWT STEPHENS, IN HIS
OFFICIAL CAPACITY,
(5) LEON WARNER, IN HIS
OFFICIAL CAPACITY,
(6) LANE WHITEHOUSE,
IN HIS OFFICIAL CAPACITY,
(7) TURN KEY HEALTH
CLINICS, LLC
(8) KERRI JANES, IN HER
OFFICIAL CAPACITY,
(9) CHRISTOPHER FETTERS,
(10) JEFFERY LABBEE,
(11) BRANDON FULKS
(12) LANCE PROUT.

    Defendants.

DEPOSITION OF AARON MURPHY

TAKEN ON BEHALF OF THE PLAINTIFF

ON JULY 26TH, 2019, BEGINNING AT 9:30 a.m.

IN BRISTOW, OKLAHOMA

ALSO PRESENT: Brett Bowling

REPORTED BY: Jessica L. Weathington, CSR

Callan Reporting, LLC
405-212-8810, callanreporting@gmail.com

Exhibit 24

Page 11

1  you first get in there.  So that way you can sit
2  there and not, you know, distract anybody else
3  that's in the booking.
4       Q    So you're in this small room, what might
5  be a change-out room?
6       A    Right.  Right.
7       Q    You're in this small room for, you think,
8  three or four hours?
9       A    Probably about three or four hours.
10      Q    Okay.  And during that time, are you able
11 to see or hear anything that's going on inside the
12 jail or the booking area?
13      A    I can hear someone screaming and beating
14 on the door and kicking.  I can't really decipher
15 what they're saying, but I can hear someone beating
16 on the door and I can hear the jailers telling him
17 "Shut up.  Shut up.  Quit kicking the door."
18           And that when on for -- I mean, he'd
19 stop for 15, 20 minutes and then he would go again.
20 And they would just keep screaming at him telling
21 him they were going to put him in the restraint
22 chair.  And then he'd calm down for a while.
23           But, of course, I mean, I was -- I
24 was so tired.  I was in and out.  Trying not to
25 really -- being nervous.  Being in jail.  You know,

Aaron Murphy
July 26, 2019

Page 12

1   I was trying not to really focus on that, but, yeah,
2   I could hear it.
3       Q    Okay.  Do you recall -- I understand from
4   your testimony that you're saying you could hear the
5   jailers tell him to be quite, to shut up or, you
6   know, we're going to put you in the restraint chair.
7   Is there anything else that you recall the jailers
8   -- that you remember the jailers saying at that
9   point in time when you were in this small room?
10      A    No.
11      Q    Okay.  Do you recall anything specifically
12  that you could make out, other than screaming by one
13  of the other inmates?
14      A    I heard that one time he said "I just want
15  a drink of water.  I just want a drink of water."
16           And I think that's why he was beating
17  on the door, but he must -- I don't know how long he
18  had been in there.  I don't know if he was still
19  intoxicated.  I don't know why he was in there.
20      Q    Okay.
21      A    But I do remember him saying he wanted a
22  glass of water.
23      Q    Was anybody in this small room with you at
24  time?
25      A    No.  Not at the time.

Callan Reporting, LLC
405-212-8810,callanreporting@gmail.com

Page 13

1    Q    So you hear the yelling.  Did you hear --
2  were the jailers ribbing him, giving him a hard time
3  or were they just telling him "You need to be quiet.
4  You need to settle down"?
5    A    Just telling that he needed to be quiet
6  and settle down.
7    Q    Okay.  So what happens next?
8    A    So another guy comes in to that room with
9  me about, you know -- after -- about five or ten
10 minutes before they come and get us.  I don't know
11 if you want me to say his name or not.  But the
12 other guy --
13   Q    Monty Pearson?
14   A    Monty Pearson comes in.  I didn't know the
15 guy at the time.  He come and sit down next to us.
16 And after he comes in there, they -- they finally
17 come get us and put us in the bookout station and
18 handcuff us to the bench by the hall -- by the
19 glass.  And they sit us there for probably another,
20 I don't know, two or three hours.
21           And he -- this guy that's in this
22 drunk tank just keeps on beating on the door.  Keeps
23 beating on the door.  And that's when one of the
24 COs, he just got really upset.  And that's when it
25 all happened.