## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    JANICE BUSH, as<br>Special Administrator for the<br>Estate of Ronald Garland,<br>deceased,<br><br>                    Plaintiff,<br><br>v.<br><br>(2)    BRET BOWLING, in his official<br>And individual capacity as Sheriff<br>Creek County, Okla. *et al*.<br><br>                    Defendants. | Case No.: 19-cv-00098-GKF-FHM |

**EXHIBIT 25**
**Video from the CCJC**
**(filed under seal and by conventional means)**

1