# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANICE BUSH, as Special Administrator for the Estate of Ronald Garland, deceased,<br><br>       Plaintiff,<br><br>v.<br><br>(2) BRET BOWLING, in his official And individual capacity as Sheriff Creek County, Okla. *et al.*<br><br>       Defendants. | Case No.: 19-cv-00098-JFH-CDL |

## PLAINTIFF'S MOTION TO SEAL DOCUMENTS

Pursuant to the Protective Order (Doc. 49), Estate respectfully submits this Motion to Seal Documents attached to Estate's forthcoming motion to compel documents from Garfield County.

Defendant Turn Key has designated some of the material as CONFIDENTIAL pursuant to the Protective Order, and therefore Estate respectfully requests the Court grant the motion.

                                     Respectfully submitted,

                                       BRYAN & TERRILL

                                     *s/J. Spencer Bryan*
                                     J. Spencer Bryan, OBA # 19419
                                     Steven J. Terrill, OBA # 20869
                                     BRYAN & TERRILL LAW, PLLC

>3015 E. Skelly Dr., Suite 400
>Tulsa, OK 74105
>Tele/Fax:     (918) 935-2777
>jsbryan@bryanterrill.com
>*Attorneys for Plaintiff*