IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) JANICE BUSH, as Special )
Administrator for the Estate of )
Ronald Garland, deceased, )
 )
      Plaintiff, )
 )
v. ) Case No.  19-cv-00098-JFH-CDL
 )
(2)   BRET BOWLING, in his official )
and individual capacity as Sheriff Creek )
County, Okla., et al., )
 )
      Defendants. )

## **DEFENDANTS' MOTION AND BRIEF TO FILE EXHIBITS UNDER SEAL**

This is an alleged excessive force and denial of medical care case filed under 42 U.S.C. § 1983 against numerous Defendants by Plaintiff regarding Ronald Garland's incarceration in the Creek County Detention Center on June 10, 2017. Currently, the parties' Motions for Summary Judgment are due March 29, 2021 (Dkt. 346). Defendants Sheriff Bryant, Undersheriff Thompson, and Board of County Commissioners (hereinafter referred to collectively as the Creek County Defendants) are completing their Motions for Summary Judgment and anticipate filing them soon.

Some of the exhibits to be attached to the Creek County Defendants' Motions for Summary Judgment have been designated as confidential thus, pursuant to the Court's Protective Order entered at Dkt. 49, must be filed under seal. As such, the Creek County Defendants request permission to file documents which are defined as confidential in the Court's Protective Order (Dkt. 49) and which are attached to their Motions for Summary Judgment and any subsequent Replies to be filed thereafter, under seal.

This Motion is submitted on behalf of all Defendants. A proposed Order is being

submitted with this Motion.

The undersigned has requested Plaintiff's position on this matter. Plaintiff's counsel Spencer Bryan declined to advise the undersigned of his position on this Motion and instead stated that he would let the Court know his position.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: acg@czwlaw.com

ATTORNEY FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF CREEK, BRET BOWLING, AND JOE
THOMPSON

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mitchell D. Garrett, Jr., email at: mitchell@garrett.legal
GARRETT LAW
320 S. Boston Avenue, Suite 825
Tulsa, OK 74103

Steven J. Terrill, email at: sjterrill@bryanterrill.com
J. Spencer Bryan, jsbryan@bryanterrill.com
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
***Attorneys for Plaintiff***

Randall J. Wood, email at: rwood@piercecouch.com
Jessica L. Dark, email at: jdark@piercecoouch.com
Charles A. Schreck, email at: cschreck@piercecouch.com
PIERCE COUCH HENDRICKSON
　BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73126-0350
***Attorney for Defendants Jeffrey Labbee,***
　***Christopher Fetters and Brandon Fulks***

Anthony Winter, email at: awinter@johnsonhanan.com
Sean P. Snider, email at: ssnider@johnsonhanan.com
JOHNSON HANAN VOSLER HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
***Attorneys for Defendant Kerri Janes and***
***Turn Key Health Clinics, LLC***

James L. Gibbs, II, email at: jgibbs@gphglaw.com
Elise M. Horne, email at: ehorne@gphglaw.com
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
***Attorney for Defendant Lance Prout***

　　　　　　　　　　　　　　　　　　s/ Ambre C. Gooch
　　　　　　　　　　　　　　　　　　Ambre C. Gooch