## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

Janice Bush,

    Plaintiff(s),

vs.

Bret Bowling. et al.,

    Defendant(s).

Case Number: 19-cv-00098-JFH-CDL

### SETTLEMENT CONFERENCE REPORT

On 3/29/2021 a Settlement Conference was held in the captioned matter.

☑ The litigation was settled; within __14__ days of the date hereof, the Plaintiff and Defendant shall file:

- -- **a Stipulation of Dismissal**
  OR
- -- Agreed Judgment and Motion to Enter Agreed Judgment

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2021.

DATED: 3/29/2021.

_____
Jodi F. Jayne
U.S. Magistrate Judge

Settlement Conference Report (SC-03 10/10)