IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANICE BUSH, as Special Administrator for the Estate of Ronald Garland, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>(2) BRET BOWLING, in his official and individual capacity as Sheriff Creek County, Okla., et al.,<br><br>    Defendants. | Case No.  19-cv-00098-JFH-CDL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties jointly stipulate that the above-styled case should be dismissed with prejudice as to Defendants Board of County Commissioners of Creek County, Bret Bowling, Joe Thompson, Lance Prout, Brandon Fulks, Chris Fetters, and Jeffrey Labbee. Each party shall bear their own fees and costs.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: acg@czwlaw.com

ATTORNEY FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CREEK, BRET BOWLING, AND JOE THOMPSON

        s/ J. Spencer Bryan
*(signed with permission by filing attorney)*
Steven J. Terrill, OBA No. 20869
J. Spencer Bryan, OBA No. 19419
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
Tele/Fax: (918) 935-2777
Email: sjterrill@bryanterrill.com
 jsbryan@bryanterrill.com

and

s/ D. Mitchell Garrett, Jr.
*(signed with permission by filing attorney)*
D. Mitchell Garrett, Jr.
GARRETT LAW
320 S. Boston Avenue, Suite 825
Tulsa, OK 74103
Email: mitchell@garrett.legal

ATTORNEYS FOR PLAINTIFF

s/ Jessica L. Dark
*(signed with permission by filing attorney)*
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
Charles A. Schreck, OBA No. 32863
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile:  (405) 235-2904
Email: jdark@piercecouch.com

ATTORNEYS FOR DEFENDANTS
JEFFREY LABBEE, CHRISTOPHER
FETTERS AND BRANDON FULKS

2

        s/ Anthony C. Winter
*(signed with permission by filing attorney)*
Sean P. Snider, OBA No. 22307
Anthony C. Winter, OBA No. 32148
JOHNSON HANAN VOSLER
  HAWTHORNE & SNIDER
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
Email: ssnider@jonsonhanan.com
 awinter@johnsonhanan.com

ATTORNEY FOR DEFENDANTS KERRI JANES AND TURN KEY HEALTH CLINICS

s/ James L. Gibbs, II
*(signed with permission by filing attorney)*
James L. Gibbs, II, OBA No. 15689
Elise M. Horne, OBA No. 33006
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 North Broadway Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 524-2400
Facsimile: (405) 525-6004
Email: jgibbs@gphglaw.com

ATTORNEYS FOR DEFENDANT LANCE PROUT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 2, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  D. Mitchell Garrett, Jr., email at: mitchell@garrett.legal
GARRETT LAW
320 S. Boston Avenue, Suite 825
Tulsa, OK 74103

  Steven J. Terrill, email at: sjterrill@bryanterrill.com
J. Spencer Bryan, jsbryan@bryanterrill.com
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
***Attorneys for Plaintiff***

  Randall J. Wood, email at: rwood@piercecouch.com
Jessica L. Dark, email at: jdark@piercecoouch.com
Charles A. Schreck, email at: cschreck@piercecouch.com
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73126-0350
***Attorney for Defendants Jeffrey Labbee,***
 ***Christopher Fetters and Brandon Fulks***

  Anthony Winter, email at: awinter@johnsonhanan.com
Sean P. Snider, email at: ssnider@johnsonhanan.com
JOHNSON HANAN VOSLER HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
***Attorneys for Defendant Kerri Janes and***
***Turn Key Health Clinics, LLC***

  James L. Gibbs, II, email at: jgibbs@gphglaw.com
Elise M. Horne, email at: ehorne@gphglaw.com
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
***Attorney for Defendant Lance Prout***

              s/ Ambre C. Gooch
              Ambre C. Gooch