IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

(1) JANICE BUSH, as Special       )
    Administrator of the Estate of   )
    Ronald Garland, deceased,     )
                               )
    Plaintiff,                  )
                               )
                               )
    vs.                     )     Case No.: 19-CV-00098-JFH-CDL
                               )
(2) BRET BOWLING, in his individual )
    and official and individual capacity )
    as Sheriff Creek County, Okla. *et al,* )
                               )

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the parties jointly stipulate that the above-styled action should

be dismissed with prejudice as to Defendants Turn Key Health Clinics, LLC and Kerri Janes.  Each

party shall bear their own fees and costs.

Respectfully submitted,

*/s/ Anthony C. Winter*

_____

SEAN P. SNIDER, OBA # 22307
ANTHONY C. WINTER, OBA # 32148
JOHNSON HANAN VOSLER
HAWTHORNE AND SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: ssnider@johnsonhanan.com
E-Mail: awinter@johnsonhanan.com
*Attorneys for Defendants Kerri Janes*
*and Turn Key Health Clinics, LLC*

/s/ D. Mitchell Garrett, Jr.

_____
**(signed with permission by filing attorney)**
Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
Tele/Fax: (918) 935-2777
Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com

and

D. Mitchell Garrett, Jr.
GARRETT LAW
320 S. Boston Avenue, Suite 825
Tulsa, OK 74103
Email: mitchell@garrett.legal


## CERTIFICATE OF SERVICE

   I hereby certify that on the 12th day of April, 2021 a true and correct copy of the above and foregoing electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Anthony C. Winter

_____
Anthony C. Winter