## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

JANICE BUSH, as Special Administrator
for the Estate of Ronald Garland, deceased,

        Plaintiff,

v.                                                    Case No. 19-CV-98-JFH-CDL

BRET BOWLING, in his official capacity
as Sheriff Creek County, Oklahoma,

        Defendant.

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 381] of United States Magistrate Judge Christine D. Little. The Magistrate Judge recommends that Plaintiff's motion for the apportionment of settlement proceeds and approval of the amount of attorney's fees and costs [Dkt. No. 376] be granted.  Dkt. No. 381 at 7.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b).  Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court.  On that basis, Plaintiff's motion for the apportionment of settlement proceeds and approval of the amount of attorney's fees and costs [Dkt. No. 376] is GRANTED.

IT IS SO ORDERED this 24th day of June, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE